(75 South. 1006)

McGOUGH v. STATE. (6 Div. 263.) (Court of Appeals of Alabama. May 8, 1917.) Appeal from Law and Equity Court, Walker County; T. L. Sowell, Judge. W. L. Martin, Atty. Gen., for the State.

BROWN, P. J. Appeal dismissed.

(75 South. 1006)

MASON et al. v. WEATHERLY. (6 Div. 229.) (Court of Appeals of Alabama. May 8, 1917.) Appeal from Circuit Court, Jefferson County; E. C. Crow, Judge. Alex Birch, of Birmingham, for appellee.

SAMFORD, J. Affirmed on certificate.

(75 South. 1006)

MILTON v. JOHNSON. (6 Div. 227.) (Court of Appeals of Alabama. April 19, 1917.) Appeal from Circuit Court, Jefferson County; E. C. Crow, Judge. J. H. Ward, of Birmingham, for appellee.

PER CURIAM. Appeal dismissed for want of prosecution.

(75 South. 1006)

NATIONAL LIFE & ACCIDENT INS. CO. v. GILLIS. (6 Div. 296.) (Court of Appeals of Alabama. May 15, 1917.) Appeal from Tuscaloosa County Court; Henry B. Foster, Judge. Howard L. Smith, of Tuscaloosa, for appellant. S. A. Moore, of Tuscaloosa, for appellee.

BROWN, P. J. Appeal dismissed on motion of appellee.

(75 South. 1006)

O. K. FRENCH DRY CLEANING CO. v. WILLIAMS. (6 Div. 106.) (Court of Appeals of Alabama. April 19, 1917.) Appeal from Circuit Court, Jefferson County; C. B. Smith, Judge. P. J. Clyde Randall, of Birmingham, for appellant. Perdue & Cox, of Birmingham, for appellee.

PER CURIAM. Dismissed for want of prosecution.

(75 South. 1006)

PLOTT v. PRICE et al. (6 Div. 210.) (Court of Appeals of Alabama. April 19, 1917.) Appeal from Circuit Court, Lamar County; A. S. Van de Graaf, Judge. Walter Nesmith, of Vernon, for appellant. Kelley & Young and J. C. Milner, all of Vernon, for appellees.

PER CURIAM. Appeal abated by death of appellant. No revivor.

(75 South. 1006)

RICHARDSON v. TOWNLEY. (6 Div. 258.) (Court of Appeals of Alabama. April 19, 1917.) Appeal from Law and Equity Court, Walker County; T. L. Sowell, Judge. Gray & Wiggins, of Jasper, for appellee.

PER CURIAM. Appeal dismissed for want of prosecution.

(75 South. 1006)

ROBERTS v. CITY OF BIRMINGHAM. (6 Div. 136.) (Court of Appeals of Alabama. April 17, 1917.) Appeal from Circuit Court, Jefferson County; E. C. Crow, Judge. Tillman, Bradley & Morrow and L. C. Leadbeater, all of Birmingham, for appellant. M. M. Ullman and W. A. Jenkins, both of Birmingham, for appellee.

PER CURIAM. Appeal dismissed by agreement.

(75 South. 1006)

RODEN v. STATE. (8 Div. 516.) (Court of Appeals of Alabama. June 5, 1917.) Appeal from Circuit Court, Marshall County; W. W. Haralson, Judge. W. L. Martin, Atty. Gen., for the State.

PER CURIAM. Appeal dismissed.

(75 South. 1006)

SHAW v. STATE. (6 Div. 276.) (Court of Appeals of Alabama. May 8, 1917.) Appeal from Circuit Court, Walker County; J. J. Curtis, Judge. W. L. Martin, Atty. Gen., for the State.

PER CURIAM. Appeal dismissed.

(75 South. 1007)

SIDES v. STATE. (6 Div. 278.) (Court of Appeals of Alabama. May 8, 1917.) Appeal from Circuit Court, Walker County; J. J. Curtis, Judge. W. L. Martin, Atty. Gen., for the State.

BROWN, P. J. Appeal dismissed.

(75 South. 1007)

SPRINGFIELD v. TEER. (6 Div. 333.) (Court of Appeals of Alabama. April 19, 1917.) Appeal from Circuit Court, Tuscaloosa County; H. B. Foster, Judge. Wright & Fite, of Tuscaloosa, for appellee.

PER CURIAM. Dismissed for want of prosecution.

(75 South. 1007)

STANLEY v. STATE. (1 Div. 230.) (Court of Appeals of Alabama. April 17, 1917.) Appeal from Law and Equity Court, Monroe County; W. G. McCorvey, Judge. Charles Hybart, of Monroeville, for appellant. W. L. Martin, Atty. Gen., for the State.

BROWN, P. J. This appeal is on the record, without bill of exceptions. The court has inspected the record, and found no error therein. Affirmed.

(75 South. 1007)

STEEN v. STATE. (6 Div. 332.) (Court of Appeals of Alabama. April 19, 1917.) Appeal from City Court of Bessemer; J. C. B. Gwin, Judge. Mathews & Mathews, of Bessemer, for appellant. W. L. Martin, Atty. Gen., and Ben G. Perry, of Bessemer, for the State.

PER CURIAM. Appeal dismissed by agreement.

(75 South. 1007)

THAMES v. STATE. (4 Div. 503.) (Court of Appeals of Alabama. May 8, 1917.) Appeal from Circuit Court, Coffee County; A. B. Foster, Judge. Joe Thames was convicted of assault to murder, and appeals. Affirmed. W. L. Martin, Atty. Gen., for the State.

SAMFORD, J. The defendant was indicted for assault to murder, convicted, and from the judgment, he appeals. We have read the record in this case carefully, and do not find in it any reversible error. The judgment is affirmed. Affirmed.